Coös,
May 6, 1913.

JULIUS HAAKENSEN *v.* BURGESS SULPHITE FIBRE CO.

CASE, for personal injuries. Trial by jury and verdict for the plaintiff. Transferred from the September term, 1912, of the superior court by *Chamberlin,* J., on the defendants' exception to the denial of a motion for the direction of a verdict in their favor.

*Matthew J. Ryan* and *Rich & Marble* (*Mr. Ryan* orally), for the plaintiff.

*Drew, Shurtleff & Morris* and *Sullivan & Daley* (*Mr. Morris* orally), for the defendants.

YOUNG, J. It was held when this case was here before (*Haakensen* v. *Company,* 76 N. H. 443) that there was evidence for the jury; and as there is now more evidence for the plaintiff, the defendants' motion for a directed verdict was properly denied.

*Exception overruled.*

All concurred.